*Henry A. Lowenberg, Harry M. Alfert* and *Andrew S. Fraser* for Vincent Saetta, appellant.

*Charles J. Duncan* for Sam Faraci, appellant.

*Daniel H. Prior* for Anna Antonio, appellant.

*John T. Delaney, District Attorney (Joseph J. Casey, Henry S. Kahn* and *James J. McGuiness* of counsel), for respondent.

As to each defendant judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK CANORA, Appellant.

(Argued April 23, 1934; decided May 22, 1934.)

*Alton W. Teale, Morton Lexow* and *Joseph H. Haher* for appellant.

*George V. Dorsey, District Attorney (Henry V. Stebbins* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FLOYD M. TUBBS, Appellant.

(Argued April 23, 1934; decided May 22, 1934.)

*Elijah T. Russell* for appellant.

*John R. Schwartz, District Attorney (Thomas A. Lavery* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.